**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The Counter San Mateo, LP** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA The Counter San Mateo, The Counter Redwood City** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-1912408** |
| **4.** | **Debtor's address** | **Principal place of business**<br>**41 West Hillsdale Blvd.**<br>**San Mateo, CA 94403**<br>Number, Street, City, State & ZIP Code<br>**San Mateo**<br>County<br><br>**Mailing address, if different from principal place of business**<br>**10280 Olana Drive**<br>**Truckee, CA 96161**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>**66 21st Avenue San Mateo, CA 94403**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **thecounter.com** |
| **6.** | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership (excluding LLP)<br>☐ Other. Specify: |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7725**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 3 of 36

Debtor **The Counter San Mateo, LP** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2024**
MM / DD / YYYY

**X** **/s/ Peter Katz**
Signature of authorized representative of debtor

**Peter Katz**
Printed name

Title **General Manager**

**18. Signature of attorney**

**X** **/s/ Robert G. Harris**
Signature of attorney for debtor

Date **January 18, 2024**
MM / DD / YYYY

**Robert G. Harris #124678**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone **(408) 295-1700** Email address **rob@bindermalter.com**

**#124678 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2024**

*X* **/s/ Peter Katz**
Signature of individual signing on behalf of debtor

**Peter Katz**
Printed name

**General Manager**
Position or relationship to debtor

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 6 of 36

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **6,923.98** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **6,923.98** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **209,871.25** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **643,966.31** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **853,837.56** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **2867** | **$2,323.98** |
| 3.2. | **Wells Fargo** | **Checking** | **2668** | **$1,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$3,323.98**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies**<br>**Glassware, plates, heat tray metal pans, heavy duty turners, heat lamps, fry cups, paper shredding machine, saute pans, mixing bowl, container lids, long nose tongs, and measuring spoons** | | **$5,000.00** | **Liquidation** | **$1,250.00** |

23. **Total of Part 5.** **$1,250.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 9 of 36

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office furniture** | **$0.00** | | **$900.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$900.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Kitchen equipment: Artic Air Freezer (Model Ts61-MT), Delfield Cooler, Delfield Cooler (4427N-6-DKHL), Procore Cooler, US Range Griddle, Garland Grill, Protein Cooler Under grill, Bar Cooler, Undercounter Freezer, Imperial Stove** | **$0.00** | **Liquidation** | **$1,450.00** |

51. **Total of Part 8.** **$1,450.00**
Add lines 47 through 50. Copy the total to line 87.

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 10 of 36

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 11 of 36

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$3,323.98** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$1,250.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$900.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,450.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$6,923.98** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$6,923.98** |

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Small Business Administration** | **$209,871.25** | **$6,923.98** |

Creditor's Name

**Disaster Loan Servicing Center**
**1545 Hawkins Boulevard, Suite 202**
**El Paso, TX 79925-2652**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7900**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**EIDL Loan**

**Describe the lien**
**Blanket lien on all assets**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$209,871.25**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US SMALL BUSINESS ADMINISTRATION**<br>**19425 Kingsport Road**<br>**Fort Worth, TX 76155** | Line **2.1** | |

**US Small Business Adminstration**
**10737 Gateway West #300**
**El Paso, TX 79935**

Line **2.1**

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 14 of 36

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**Acme Pacific Repairs, Inc.**
**1347 Fulton Place**
**Fremont, CA 94539**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,266.86**

**3.2** **Nonpriority creditor's name and mailing address**

**Aramark Uniform Services**
**AUS West Lockbox**
**PO Box 101179**
**Pasadena, CA 91189-0005**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$1,358.17**

**3.3** **Nonpriority creditor's name and mailing address**

**Christine H. Long, Esq.**
**Berliner Cohen**
**10 Almaden Blvd., #1100**
**San Jose, CA 95113-2233**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.4** **Nonpriority creditor's name and mailing address**

**CK Administrative Services LLC**
**3461 Alesmith Drive**
**Mobile, AL 36695**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.5 | **Counter Intelligence, LLC**<br>**656 Walnut Street**<br>**San Carlos, CA 94070**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt/Operating Loans<br>Is the claim subject to offset? ■ No ☐ Yes | **$592,800.00** |
| 3.6 | **Counter Santana Row**<br>**3055 Olin Avenue, Suite 1035**<br>**San Jose, CA 95128**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,743.43** |
| 3.7 | **Daylight Foods**<br>**660 Vista Way**<br>**Milpitas, CA 95035**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,870.78** |
| 3.8 | **Individual Food Service**<br>**5496 Lindbergh Lane**<br>**Bell Gardens, CA 90201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,538.23** |
| 3.9 | **Pedro Negrete Plascenia**<br>**c/o Elizabeth A. Medrano**<br>**Matern Law Group, PC**<br>**1330 Broadway, Ste. 428**<br>**Oakland, CA 94612**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wage and hour class action<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.10 | **Pedro Negrete Plascenia**<br>**c/o Matthew J. Matern**<br>**Matern Law Group, PC**<br>**1230 Rosecrans Ave., Ste. 200**<br>**Manhattan Beach, CA 90266**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wage and hour class action<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.11 | **Pedro Negrete Plascenia**<br>**c/o Corey B. Bennett**<br>**Matern Law Group, PC**<br>**1230 Rosecrans Ave., Ste. 200**<br>**Manhattan Beach, CA 90266**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wage and hour class action<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.12 | **Pedro Negrete Plascenia**<br>**c/o Joshua D. Boxer**<br>**Matern Law Group, PC**<br>**1230 Rosecrans Ave., Ste. 200**<br>**Manhattan Beach, CA 90266**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Wage and hour class action<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.13 | **Poppy Bank**<br>**438 First Street**<br>**Santa Rosa, CA 95401**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 5103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** PPP Loan, partically forgiven<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,576.47** |
| 3.14 | **Sysco San Francisco, Inc.**<br>**5900 Stewart Ave**<br>**Fremont, CA 94538**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,312.37** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Poppy Bank**<br>**P.O.Box 14871**<br>**Santa Rosa, CA 95402** | Line 3.13<br>☐ Not listed. Explain ____ | 5103 |
| 4.2 | **Sysco Business Services**<br>**1390 Enclave Parkway**<br>**Houston, TX 77077** | Line 3.14<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 643,966.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 643,966.31 |

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CI Management LLC** | **c/o Berlin Cohen LP**<br>**Christine H. Long**<br>**Ten Almaden Bouldevard, 11th Floor**<br>**San Jose, CA 95113** | **Pedro Negrete Plascenia** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.2 | **Counter Intelligence** | **c/o Berlin Cohen LP**<br>**Christine H. Long**<br>**Ten Almaden Boulevard, 11th Floor**<br>**San Jose, CA 95113** | **Pedro Negrete Plascenia** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.3 | **Peter Katz** | **10280 Olana Drive**<br>**Truckee, CA 96161** | **Pedro Negrete Plascenia** | ☐ D<br>■ E/F **3.10**<br>☐ G |
| 2.4 | **The Counter Cupertino LP** | **c/o Berlin Cohen LP**<br>**Christine H. Long**<br>**Ten Almaden Boulevard, 11th Floor**<br>**San Jose, CA 95113** | **Pedro Negrete Plascenia** | ☐ D<br>■ E/F **3.10**<br>☐ G |

| ██ | **Additional Page to List More Codebtors** | |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **The Counter Mountain View LP** | c/o Berlin Cohen LP<br>Christine H. Long<br>Ten Almaden Boulevard, 11th Floor<br>San Jose, CA 95113 | **Pedro Negrete Plascenia** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.6 | **The Counter Palo Alto LP** | c/o Berlin Cohen LP<br>Christine H. Long<br>Ten Almaden Boulevard, 11th Floor<br>San Jose, CA 95113 | **Pedro Negrete Plascenia** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.7 | **The Counter San Mateo LP** | c/o Berlin Cohen LP<br>Christine H. Long<br>Ten Almaden Boulevard, 11th Floor<br>San Jose, CA 95113 | **Pedro Negrete Plascenia** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |
| 2.8 | **The Counter Santana Row LP** | c/o Berlin Cohen LP<br>Ten Almaden Boulevard, 11th Floor<br>San Jose, CA 95113 | **Pedro Negrete Plascenia** | ☐ D _____<br>■ E/F   **3.10**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **The Counter San Mateo, LP**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$433,488.52** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other **Business Operations** | **$393,936.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 21 of 36

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pedro Negrete Plascenia, et al. v. The Counter Walnut Creek, LP, et al**<br>**MSC20-02432** | **Wage and hour class action** | **Superior Court**<br>**County of Contra Costa**<br>**Wakefield Taylor Courthouse**<br>**725 Court St.**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 22 of 36

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder Malter Harris & Rome-Banks LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050** | **Counter Intelligence LLC paid to Binder Malter Harris & Rome-Banks LLP the sum of $10,000.00 for this Chapter 7.** | **January 16, 2024** | **$10,000.00** |

Email or website address
**Rob@bindermalter.com**

Who made the payment, if not debtor?
**Counter Intelligence LLC**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Binder Malter Harris & Rome-Banks LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050** | **Counter Intelligence LLC paid to Binder Malter Harris & Rome-Banks LLP the sum of $2,500.00 for a bankruptcy analysis.** | **Sepember 22, 2023** | **$2,500.00** |

Email or website address
**Rob@bindermalter.com**

Who made the payment, if not debtor?
**Counter Intelligence LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Case: 24-30026 Doc# 1 Filed: 01/18/24 Entered: 01/18/24 15:55:09 Page 24 of 36

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **A1 Storage**<br>**1337 Old Country Road**<br>**Belmont, CA 94002** | **Peter Katz**<br>**10280 Olana Drive**<br>**Truckee, CA 96161** | **Chairs, Tables, Smallwares and other restaurant equipment** | ☐ No<br>■ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>**Dates business existed** |
|---|---|---|
| 25.1. **The Counter San Mateo LP**<br>**10280 Olana Drive**<br>**Truckee, CA 96161** | **Burger Restaurant** | EIN: **27-1912408**<br>From-To **02/04/2010 - 9/30/2023** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Restaurant Business Services, Inc.**<br>**2035 Westwood Blvd., Suite 216**<br>**Los Angeles, CA 90025** | **Last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Restaurant Business Services, Inc.**<br>**2035 Westwood Blvd., Suite 216**<br>**Los Angeles, CA 90025** | **Last 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Restaurant Business Services, Inc.**<br>**2035 Westwood Blvd., Suite 216**<br>**Los Angeles, CA 90025** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Peter Katz** | **9/30/2023** | **None, perishables.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Peter Katz**<br>**10280 Olana Drive**<br>**Truckee, CA 96161** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Katz** | **Jennifer Katz**<br>**10280 Olana Drive**<br>**Truckee, CA 96161** | **Limited Partner** | **31.24** |
| **George Haymaker III** | **1787 Laurel St.**<br>**Napa, CA 94559** | **Limited Partner** | **21.0** |
| **Andrew Katz** | **1 Echo Court**<br>**Holmdel, NJ 07733** | **Limited Partner** | **17.90** |
| **Mark Logan** | **1050 Upper Happy Valley Rd.**<br>**Lafayette, CA 94549** | **Limited Partner** | **8.16** |
| **CI Management LLC** | **656 Walnut Street, Unit 302**<br>**San Carlos, CA 94070** | **General Partner** | **3.0** |
| **Counter Intelligence, LLC** | **656 Walnut Street, Unit 302**<br>**San Carlos, CA 94070** | **Limited Partner** | **4.64** |
| **George T. Haymaker Jr.** | **Haymaker Family Trust**<br>**u/a dtd 2/6/1987**<br>**440 Davis Court #1321**<br>**San Francisco, CA 94111** | **Limited Partner** | **9.0** |
| **Kourosh (Kevin) Ravon** | **The Ravon Living Trust**<br>**6483 Copeland Lane**<br>**San Jose, CA 95124** | **Limited Partner** | **3.0** |
| **Brian and Sara Nisenholtz** | **305 Manila Avenue**<br>**Long Beach, CA 90814** | **Limited Partner** | **3.0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2024**

**/s/ Peter Katz**
Signature of individual signing on behalf of the debtor

**Peter Katz**
Printed name

Position or relationship to debtor **General Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re **The Counter San Mateo, LP**

Case No.

Debtor(s). /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of **4** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 18, 2024**

**/s/ Robert G. Harris**

Signature of Debtor's Attorney or Pro Per Debtor

Acme Pacific Repairs, Inc.
1347 Fulton Place
Fremont, CA 94539


Aramark Uniform Services
AUS West Lockbox
PO Box 101179
Pasadena, CA 91189-0005


Christine H. Long, Esq.
Berliner Cohen
10 Almaden Blvd., #1100
San Jose, CA 95113-2233


CI Management LLC
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Bouldevard, 11th Floor
San Jose, CA 95113


CK Administrative Services LLC
3461 Alesmith Drive
Mobile, AL 36695


Counter Intelligence
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


Counter Intelligence, LLC
656 Walnut Street
San Carlos, CA 94070


Counter Santana Row
3055 Olin Avenue, Suite 1035
San Jose, CA 95128

Daylight Foods
660 Vista Way
Milpitas, CA 95035


Individual Food Service
5496 Lindbergh Lane
Bell Gardens, CA 90201


Pedro Negrete Plascenia
c/o Elizabeth A. Medrano
Matern Law Group, PC
1330 Broadway, Ste. 428
Oakland, CA 94612


Pedro Negrete Plascenia
c/o Matthew J. Matern
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


Pedro Negrete Plascenia
c/o Corey B. Bennett
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


Pedro Negrete Plascenia
c/o Joshua D. Boxer
Matern Law Group, PC
1230 Rosecrans Ave., Ste. 200
Manhattan Beach, CA 90266


Peter Katz
10280 Olana Drive
Truckee, CA 96161


Poppy Bank
438 First Street
Santa Rosa, CA 95401

Poppy Bank
P.O.Box 14871
Santa Rosa, CA 95402


Small Business Administration
Disaster Loan Servicing Center
1545 Hawkins Boulevard, Suite 202
El Paso, TX 79925-2652


Sysco Business Services
1390 Enclave Parkway
Houston, TX 77077


Sysco San Francisco, Inc.
5900 Stewart Ave
Fremont, CA 94538


The Counter Cupertino LP
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter Mountain View LP
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter Palo Alto LP
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113


The Counter San Mateo LP
c/o Berlin Cohen LP
Christine H. Long
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113

The Counter Santana Row LP
c/o Berlin Cohen LP
Ten Almaden Boulevard, 11th Floor
San Jose, CA 95113

US SMALL BUSINESS ADMINISTRATION
19425 Kingsport Road
Fort Worth, TX 76155

US Small Business Adminstration
10737 Gateway West #300
El Paso, TX 79935

**United States Bankruptcy Court**
**Northern District of California**

In re **The Counter San Mateo, LP** Debtor(s)

Case No. 
Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Peter Katz**, declare under penalty of perjury that I am the **General Manager** of **The Counter San Mateo, LP**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **18th** day of **January** 2024__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Peter Katz**, **General Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Peter Katz**, **General Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter Katz**, **General Manager** of this Corporation is authorized and directed to employ **Robert G. Harris #124678**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case."

Date **January 18, 2024**

Signed /s/ Peter Katz
**Peter Katz**

Resolution of Board of Directors
of
**The Counter San Mateo, LP**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Peter Katz**, **General Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Peter Katz**, **General Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Peter Katz**, **General Manager** of this Corporation is authorized and directed to employ **Robert G. Harris #124678**, attorney and the law firm of **Binder & Malter, LLP** to represent the corporation in such bankruptcy case.

Date **January 18, 2024** Signed **/s/ Peter Katz**